FILED
CLERK, U.S. DISTRICT COURT
JUN - 1 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC A. SAN NICOLAS,<br><br>    Petitioner,<br><br>    v.<br><br>DEBRA DEXTER, Warden,<br><br>    Respondent. | Case No. SACV 07-0681-JVS (JTL)<br><br>**JUDGMENT** |

In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 6.1.09

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE